UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROGERS                                              CIVIL ACTION

VERSUS                                              NO: 09-4141

RESOLVE MARINE                                      SECTION: "J" (2)

**ORDER**

Before the Court is Plaintiff's Motion to Review Magistrate Judge's Order (Rec. D. 15).

The decision from which the Plaintiff seeks review turns on what effect the United States Supreme Court's ruling in <u>Atlantic Sounding Co. v. Townsend</u>, 129 S. Ct. 2561 (2009), has on his ability to seek punitive damages for the alleged gross, willful, and wanton negligence of the defendant in causing the plaintiff's injuries.

The plaintiff advanced a broad reading of <u>Townsend</u> to support his argument that punitive damages are available under general maritime law and that the Court's decision extends beyond punitive damages in maintenance and cure cases.

The Magistrate Court declined to read <u>Townsend</u> so broadly.

While he did grant the part of the Motion for Leave to File First Supplemental and Amending complaint that alleged a possible claim for willful failure to pay maintenance and cure, he denied the part seeking to add a claim for punitive damages under general maritime law for alleged intentional or willful misconduct.

However, the law on this issue remains unsettled. Recently, Judge Berrigan ruled that "[i]n the light of the movement of the law in this area" the Court would add the damages[1] as "a separate part of the damages sought in this case...[to]...avoid retrial in the event the law changes." In re Md. Marine, Inc., 2009 U.S. Dist. LEXIS 58957 *17 (E.D. La. July 9, 2009).

The Court finds this reasoning compelling. The Court also notes that there was no opposition to Plaintiff's initial motion to amend. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Review Magistrate Judge's Order (Rec. D. 15) is **GRANTED.** Plaintiff is hereby permitted to amend its complaint as requested.

New Orleans, Louisiana, this 10th day of September, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[1] In In re Md. Marine Ltd. the Court was addressing the availability of loss of society damages. Loss of society and punitive damages are similarly situated with respect to uncertainty in the law.

2